IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR309-8 |
| ) | |
| BILLY WAYNE OLIVER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### O R D E R

The Court has received notice by the Clerk of Court that there is an existing property bond in this case. However, this case has concluded and there is no reason for the bond to continue to be in effect. As a result, the Clerk of Court is **DIRECTED** to cancel the Deed to Secure Debt (attached) and Promissory Note on the property located at <u>716 ZION HILL ROAD EAST DUBLIN, GEORGIA</u>. Further, the Clerk of Court is **DIRECTED** to send a certified copy of this order to the Clerk of the Superior Court of Laurens County as well as to the attorney for the defendant.

**SO ORDERED** this 23RD day of March, 2018.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA